329 So.2d 551

**Ida Ruth MARTIN**

v.

**AUTO–OWNERS INSURANCE, a corporation, and Adolph Reese.**

Civ. 733.

Court of Civil Appeals of Alabama.

March 24, 1976.

Richard W. Whittaker, Enterprise, for appellant.

Lee & McInish and Alan C. Livingston, Dothan, for appellee Auto-Owners Ins. Co.

**494**

329 So.2d 552

Hiram BRACEWELL, Individually, and Southeastern Cabinet Company, a Subsidiary of Bracewell Homes Corp.

v.

Kenneth BRYAN.

Clv. 598.

Court of Civil Appeals of Alabama.

March 31, 1976.

HOLMES, Judge.

The facts and issues involved in this appeal are identical to the facts and issues involved in *Martin v. Auto-Owners Insurance*, 57 Ala.App. 489, 329 So.2d 547, decided this date and designated Civ. 735.

In view of our decision in *Martin v. Auto-Owners Insurance*, this case is due to be reversed and remanded.

REVERSED AND REMANDED.

WRIGHT, P. J., and BRADLEY, J., concur.